SOLOMON SIMON, Appellant, *v.* JACOB VAN CLIEF, Respondent.

APPEAL from order denying motion to punish defendant for contempt.

*Johnston & Johnston,* for appellant

*H. M. Headley,* for respondent.

*Per Curiam.* The order appealed from denying the motion to punish the judgment debtor for contempt is hereby affirmed, with costs.

Present: VAN WYCK, Ch. J., McCARTHY and SCHUCHMAN, JJ.

Order affirmed, with costs.

---

HENRY T. BUELL, Appellant, *v.* FRANK C. HOLLINS, Respondent.

APPEAL from order.

*Perkins & Jackson,* for appellant.

*Niles & Johnson,* for respondent.

McCARTHY, J. Order affirmed, with costs.

VAN WYCK, Ch. J., and SCHUCHMAN, J., concur. Order affirmed, with costs.